**Motion Granted; Dismissed and Memorandum Opinion filed February 7, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-01049-CR**
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**JAIME JAVIER CHAVEZ, Appellee**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCR-057648**

## MEMORANDUM OPINION

A written motion to dismiss the appeal was filed by the State in this State's appeal because the trial court has withdrawn its judgment of acquittal.   The motion is granted.

Accordingly, we order the appeal dismissed.   We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).